1  William M. Hogg (SBN 338196)
   LAUREL EMPLOYMENT LAW APC
2  808 Wilshire Boulevard, Suite 200
   Santa Monica, California 90401
3  Tel: (323) 285-3161
   Fax: (323) 551-9319
4  william@laurelemployment.com

5  Attorneys for Plaintiff
   ARTURO GONZALEZ

7  **McGuireWoods LLP**
   Sabrina A. Beldner (SBN 221918)                Meghaan C. Madriz (*pro hac vice*)
8      Email: sbeldner@mcguirewoods.com              Email: mmadriz@mcguirewoods.com
   Charles J. Ureña (SBN 348232)                   845 Texas Avenue, 24th Floor
9      Email: curena@mcguirewoods.com              Houston, TX 77002
   1800 Century Park East, 8th Floor               Telephone:  713.571.9191
10 Los Angeles, CA  90067-1501                     Facsimile:  713.571.9652
   Telephone:  310.315.8200
11 Facsimile:  310.315.8210

12 Attorneys for Defendant
   MANTECH ADVANCED
13 SYSTEMS INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC., a Virginia limited liability company,<br><br>Defendants. | CASE NO. 2:25-cv-01035-MAA<br><br>Assigned to Hon. Maria A. Audero<br><br>**JOINT STIPULATION ADVISING COURT OF SETTLEMENT AND REQUEST TO STAY FURTHER PROCEEDINGS PENDING SAME**<br><br>*[Proposed Order Filed Under Separate Cover]* |

---

**JOINT STIPULATION ADVISING COURT OF SETTLEMENT AND REQUEST TO STAY FURTHER PROCEEDINGS PENDING SAME**

Plaintiff Arturo Gonzalez ("Plaintiff") and Defendant ManTech Advanced Systems International, Inc. ("MASI" or "Defendant"), by and through their respective counsel of record, hereby stipulate and agree as set forth herein and jointly move the Court for an entry of an Order granting the relief sought herein:

## RECITALS

WHEREAS, pursuant to the Court's April 15, 2025 Order [Dkt. #18], this action was stayed to allow the Parties the opportunity to participate in a private mediation on September 25, 2025;

WHEREAS, the Parties were unable to reach a resolution at the end of the mediation on September 25, 2025, but following the mediation, the Parties continued to negotiate and have now reached an agreement in principle to resolve this action on a class action basis without further litigation, which likely involves the filing of a further pleading;

WHEREAS, the Parties require additional time to memorialize the terms of settlement in writing and agree that good cause exists to vacate Defendant's responsive pleading deadline with respect to the Second Amended Complaint while the Parties work to memorialize the settlement and finalize the necessary pleadings related thereto.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, and subject to Court approval, that:

(1) Defendant's responsive pleading deadline to Plaintiff's operative Second Amended Complaint shall be vacated until further notice from the Court;

(2) All currently set deadlines in this action shall be vacated and this action shall be stayed until further notice from the Court;

(3) The Parties agree to and shall file a joint status report with the Court regarding settlement on or before December 5, 2025; and

(4) By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action.

DATED: October 29, 2025  **LAUREL EMPLOYMENT LAW APC & JOSEPHSON DUNLAP LLP**

By: ___/s/ William M. Hogg (w/ permission)___
William M. Hogg, Esq.

Attorneys for Plaintiff
ARTURO GONZALEZ

DATED: October 29, 2025  **MCGUIREWOODS LLP**

By: ___/s/ Sabrina Beldner___
Sabrina Beldner, Esq.
Meghaan Madriz, Esq. (pro hac vice)
Charles J. Ureña, Esq.

Attorneys for Defendant
MANTECH ADVANCED SYSTEMS INTERNATIONAL. INC.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

___/s/ Sabrina A. Beldner___
SABRINA A. BELDNER

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2025, at Los Angeles, California.

/s/ Sabrina A. Beldner
Sabrina A. Beldner