# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GONZALEZ Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC., a Virginia limited liability company,<br><br>Defendants. | CASE NO. 2:25-cv-01035-MAA<br><br>Assigned to Hon. Maria A. Audero<br><br>**ORDER GRANTING JOINT STIPULATION ADVISING COURT OF SETTLEMENT AND REQUEST TO STAY FURTHER PROCEEDINGS PENDING SAME** |

## [PROPOSED] ORDER

Based on the Joint Stipulation Advising Court of Settlement and Request to Stay Further Proceedings Pending Same filed by Plaintiff Arturo Gonzalez ("Plaintiff") and Defendant ManTech Advanced Systems International, Inc. ("Defendant") (collectively, the "Parties"), and for good cause, the Court hereby orders as follows:

1. The Joint Stipulation is GRANTED;
2. Defendant's deadline to respond to Plaintiff's Second Amended Complaint shall be vacated until further notice from the Court;
3. All currently set deadlines in this action shall be vacated until further notice from the Court;
4. The Parties shall file a Joint Status Report to update the Court of the status of settlement on or before December 5, 2025;
5. All claims, defenses and challenges of both Parties (including as to the Second Amended Complaint and any subsequent amendment) are not waived and are expressly reserved.

**IT IS SO ORDERED.**

Dated: 10/31/2025

Hon. Maria A. Audero
United States Magistrate Judge